**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 cv 78**

| | | |
|---|---|---|
| **HIGH COUNTRY DEALERSHIPS, INC.,** | ) | |
| *d/b/a/* High Country Polaris & Gem Cars, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **POLARIS SALES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Before the Court are the motions for *pro hac vice* admission [# 4, # 5] filed by Matthew S. DeAntonio, counsel for Defendant Polaris Sales, Inc.

Upon review of the motions, it appears that Quentin R. Wittrock and Raymond J. Konz are both members in good standing with the Minnesota Bar and will be appearing with Matthew S. DeAntonio, a member in good standing with the Bar of this Court. Additionally, each applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motions [# 4, # 5]. The Court **ADMITS** Quentin R. Wittrock and Raymond J. Konz to practice *pro hac vice* before the Court while associated with local counsel.

Signed: April 6, 2018

Dennis L. Howell
United States Magistrate Judge